**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI-DADE DIVISION**

IN RE:  MARUCHI RODRIGUEZ FARO          Case Number 12-26781-AJC
                                                                              Chapter 7

   Debtor.
_____/

## DEBTOR'S NOTICE OF CHANGE OF ADDRESS

   Debtor, by and through undersigned counsel, hereby files notice of change of address as follows:

1661 SW 17th Street
Miami, FL 33145

## CERTIFICATE OF SERVICE

   **I HEREBY CERTIFY** that a true and correct copy of the foregoing was sent, via Regular U.S. Mail and/or CM/ECF, on March 30, 2015, to all parties on the attached service list.

| **CERTIFICATE PURSUANT TO LOCAL RULE 9011-4(B)** | **KINGCADE & GARCIA, P.A** |
|---|---|
| **I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A). | Counsel for the Debtor<br>Kingcade Building<br>1370 Coral Way ▪ Miami, Florida 33145-2960<br>WWW.MIAMIBANKRUPTCY.INFO<br>Telephone: 305-285-9100 ▪ Facsimile: 305-285-9542<br><br>  /s/ Timothy S. Kingcade_____<br>x  Timothy S. Kingcade, Esq., FBN 082309<br>□  Wendy Garcia, Esq., FBN 0865478<br>□  Jessica L. McMaken, Esq., FBN 580163 |

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-1<br>Case 12-26781-AJC<br>Southern District of Florida<br>Miami<br>Mon Mar 30 11:19:28 EDT 2015 | Merano at the Colony Condominium Association<br>2030 McGregor Blvd<br>Fort Myers, FL 33901-3420 | Mersea Ships III Inc<br>1385 Brickell Avenue<br>Miami, FL 33131 |
| Bankunited<br>7765 Nw 148th St<br>Miami Lakes, FL 33016 | Cavalry Portfolio Services, LLC<br>500 Summit Lake Drive, Ste 400<br>Valhalla, NY 10595-2322 | Child Support Enforcement<br>PO Box 8030<br>Tallahassee, FL 32314-8030 |
| City Of Miami Emergency Services<br>P.O. Box 862212<br>Orlando, FL 32886-2212 | Condo & Hoa Law Group, Pllc<br>2030 McGregor Blvd<br>Fort Myers, FL 33901-3420 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| Directv<br>C/O NCO Financial Systems, Inc.<br>507 Prudential Rd<br>Horsham, PA 19044-2308 | Emergency Room Medical Associates<br>P.O Box 300013<br>Duluth, GA 30096-0300 | Equifax<br>PO Box 740241<br>Atlanta, GA 30374-0241 |
| Experian<br>PO Box 2002<br>Allen, TX 75013-2002 | Florida Department Of Revenue<br>PO Box 6668<br>Tallahassee, FL 32314-6668 | Gibraltar Private Bank & Trust<br>220 Alhambra Cir Ste 500<br>Coral Gables, FL 33134-5148 |
| Gibraltar Private Bank & Trust Company<br>Salomon, Kanner, Damian & Rrodriguez, PA<br>80 SW 8 St<br>Miami FL 33130-3003 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | John H. Faro<br>PO Box 4900014<br>Key Biscayne, FL 33149 |
| Law Offices Of Michael J. Brooks, Et. Al<br>10 NW LeJeune Rd Ste 620<br>Miami, FL 33126-5473 | Law Offices of Marshall C. Watson, P.A.<br>1800 NW 49th St Ste 120<br>Fort Lauderdale, FL 33309-3092 | M. Escarda Contractor, Inc<br>9395 SW 66th St<br>Miami, FL 33173-2311 |
| Macys/fdsb<br>9111 Duke Blvd<br>Mason, OH 45040-8999 | Merano @ The Colony Condo Assc, Inc<br>C/O Myers, Brettholtz & Company<br>12671 Whitehall Dr<br>Fort Myers, FL 33907-3626 | Merano @ The Colony Condo Assc, Inc<br>C/O United Community Mgmt Corp, R.A.<br>11784 W Sample Rd<br>Coral Springs, FL 33065-3102 |
| Merano at the Colony Condominium Asso., Inc.<br>c/o Todd Allen, Esq<br>2030 McGregor Blvd<br>Fort Mayers FL 33901-3420 | Mercy Hospital<br>P.O. Box 741547<br>Atlanta, GA 30374-1547 | Morris, DuPont & Mansfield, P.A.<br>8785 NW 13th Ter<br>Miami, FL 33172-3013 |
| Nationstar Mortgage Ll<br>350 Highland Dr<br>Lewisville, TX 75067-4177 | Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 | Pelican Landing Community Assc, Inc<br>C/O Marie Martel, R.A.<br>24501 Walden Center Dr<br>Bonita Springs, FL 34134-4600 |

| | | |
|---|---|---|
| Salomon, Kanner, Damian & Rodriguez, P.A<br>80 SW 8th St Ste 2550<br>Miami, FL 33130-3004 | The Colony at Pelican Landing Foundation, In<br>Brooke Martinez<br>1833 Hendry Street<br>Fort Myers, FL 33901-3054 | The Law Offices Of Faro & Associates<br>1581 Brickell Ave Ste 2004<br>Miami, FL 33129-1240 |
| Transunion<br>PO Box 1000<br>Chester, PA 19016-1000 | Verizon Wireless<br>1 Verizon Pl<br>Alpharetta, GA 30004-8510 | Villa Regina Association, Inc<br>1581 Brickell Ave<br>Miami, FL 33129-1680 |
| Villa Regina Association, Inc<br>C/O Skrld, Inc, R.A.<br>201 Alhambra Cir Ste 1102<br>Coral Gables, FL 33134-5108 | Wells Fargo Bank Na<br>Po Box 31557<br>Billings, MT 59107-1557 | Jacqueline Calderin<br>247 SW 8 St # 880<br>Miami, FL 33130-3529 |
| John H Faro<br>PO Box 490014<br>Key Biscayne, FL 33149-0014 | Maruchi Rodriguez-Faro<br>1581 Brickell Ave<br>Apt 2004<br>Miami, FL 33129-1240 | Timothy S Kingcade Esq<br>1370 Coral Way<br>Miami, FL 33145-2960 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Department Of The Treasury<br>PO Box 21126<br>Philadelphia, PA  19114-0326 | (d)Internal Revenue Service<br>PO Box 21126<br>Philadelphia, PA  19114-0326 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Wells Fargo Bank, NA | (u)Miami | End of Label Matrix<br>Mailable recipients    41<br>Bypassed recipients     2<br>Total                  43 |